# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
  §
SOUAID, ELIAS § Case No. 08-25513
  §
         Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]       $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No: 08-25513 ERW Judge: EUGENE R. WEDOFF
Case Name: SOUAID, ELIAS
For Period Ending: 06/30/12

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE
Date Filed (f) or Converted (c): 09/25/08 (f)
341(a) Meeting Date: 11/12/08
Claims Bar Date: 08/31/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDOMINIUM 2055 W. LUNT, APT. #304 CHICAGO, IL 60 | 140,500.00 | 0.00 | DA | 0.00 | FA |
| 2. CONDOMINIUM 10 E. ONTARIO UNIT 3203, WITH GARAGE P | 259,900.00 | 0.00 | DA | 0.00 | FA |
| 3. CONDOMINIUM 10 E. ONTARIO UNIT 3108 CHICAGO, IL 31 | 225,200.00 | 0.00 | DA | 0.00 | FA |
| 4. CONDOMINIUM 10 E. ONTARIO UNIT 4306 CHICAGO, IL 60 | 375,000.00 | 0.00 | DA | 0.00 | FA |
| 5. CHASE CHECKING | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. CITIBANK CHECKING | 160.00 | 0.00 | DA | 0.00 | FA |
| 7. SAVINGS | 110.00 | 0.00 | DA | 0.00 | FA |
| 8. HOUSEHOLD GOODS AND FURNISHINGS IN LUNT | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 9. 3 REFRIDGERATORS, 3 STOVES, ONTARIO CONDOS | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 10. WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 11. HARRIS INVESTOR SERVICES, INC., IRA FBO ELIAS Y. S | 4,097.00 | 0.00 | DA | 0.00 | FA |
| 12. ILLINOIS LICENSED COSMETOLOGIST | 1.00 | 0.00 | DA | 0.00 | FA |
| 13. 2006 CHRYSLER PACIFICA | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 14. HAIRSTYLING EQUIPMENT AND SUPPLIES | 750.00 | 0.00 | DA | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.47 | Unknown |
| 16. RENTAL PROPERTY (u) Ontario Place Condo Ten East Ontario Street Chicago, IL 60611 | 0.00 | 4,870.00 | | 4,870.00 | FA |
| 17. TAX ESCROW (u) | 0.00 | 8,000.00 | | 8,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,025,618.00 | $12,870.00 | | $12,879.47 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 08/15/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 08-25513 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | SOUAID, ELIAS | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5294 BofA - Money Market Account |
| Taxpayer ID No: | *******5520 | | |
| For Period Ending: | 06/30/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/11/08 | 16 | R. C. Purdy<br>10 E. Ontario Street<br>Unit 4306<br>Chicago, IL 60611 | RENT | 1222-000 | 2,256.00 | | 2,256.00 |
| 11/11/08 | 17 | Elias Souaid<br>Citibank, N.A.<br>One Penn's Way<br>New Castle, DE 19720 | TAX ESCROW | 1290-000 | 8,000.00 | | 10,256.00 |
| 11/11/08 | 16 | Paul Vargas<br>10 E. Ontario Street<br>United 3108<br>Chicago, IL 60611 | RENT | 1222-000 | 1,589.00 | | 11,845.00 |
| 11/11/08 | 16 | Ontario Place Condo Assn.<br>Operating account<br>1212 N. LaSalle Street<br>Suite 100<br>Chicago, IL 60610 | RENT | 1222-000 | 205.00 | | 12,050.00 |
| 11/11/08 | 16 | Ontario Place Condo Assn.<br>Operating account<br>1212 N. LaSalle Street<br>Suite 100<br>Chicago, IL 60610 | RENT | 1222-000 | 205.00 | | 12,255.00 |
| 11/28/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1122-000 | 0.47 | | 12,255.47 |
| 12/31/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.62 | | 12,256.09 |
| 01/19/09 | 16 | Ontario Place Condo<br>Ten East Ontario Street<br>Chicago, IL 60611 | RENT - Dec. park rent unit M901 | 1222-000 | 205.00 | | 12,461.09 |
| 01/19/09 | 16 | Ontario Place Condo<br>Ten East Ontario Street<br>Chicago, IL 60611 | RENT - Jan. park rent unit M901 | 1222-000 | 205.00 | | 12,666.09 |
| 01/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.10 | | 12,666.19 |
| 02/17/09 | 16 | Ontario Place Condo<br>Ten East Ontario Street<br>Chicago, IL 60611 | RENT - Feb 2009 parking unit M901 | 1222-000 | 205.00 | | 12,871.19 |
| 02/27/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.10 | | 12,871.29 |
| 03/31/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.11 | | 12,871.40 |
| 04/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.28 | | 12,871.68 |
| 05/29/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,872.01 |
| 06/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.32 | | 12,872.33 |
| 07/31/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,872.66 |
| 08/31/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,872.99 |
| 09/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.32 | | 12,873.31 |
| 10/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,873.64 |
| 11/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.32 | | 12,873.96 |
| 12/31/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,874.29 |
| 01/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,874.62 |
| 02/04/10 | 000301 | International Sureties, Ltd. | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 10.48 | 12,864.14 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 08-25513 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | SOUAID, ELIAS | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5294 BofA - Money Market Account |
| Taxpayer ID No: | *******5520 | | |
| For Period Ending: | 06/30/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street, Suite 420 New Orleans, LA 70139 | | | | | |
| 02/26/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.30 | | 12,864.44 |
| 03/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,864.77 |
| 04/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.32 | | 12,865.09 |
| 05/28/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,865.42 |
| 06/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.32 | | 12,865.74 |
| 07/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,866.07 |
| 08/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,866.40 |
| 09/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.32 | | 12,866.72 |
| 10/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,867.05 |
| 11/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.32 | | 12,867.37 |
| 12/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,867.70 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,868.03 |
| 02/07/11 | 000302 | International Sureties, Ltd. | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 10.30 | 12,857.73 |
| | | 701 Poydras Street, Suite 420 New Orleans, LA 70139 | | | | | |
| 02/28/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.10 | | 12,857.83 |
| 03/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.11 | | 12,857.94 |
| 04/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.10 | | 12,858.04 |
| 05/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.11 | | 12,858.15 |
| 06/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.11 | | 12,858.26 |
| 07/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.10 | | 12,858.36 |
| 08/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.12 | | 12,858.48 |
| 09/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.11 | | 12,858.59 |
| 10/31/11 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1122-000 | 0.10 | | 12,858.69 |
| 10/31/11 | | Transfer to Acct #*******5671 | Final Posting Transfer | 9999-000 | | 12,858.69 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 08-25513 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | SOUAID, ELIAS | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5671 BofA - Checking Account |
| Taxpayer ID No: | *******5520 | | |
| For Period Ending: | 06/30/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/11 | | Transfer from Acct #*******5294 | Transfer In From MMA Account | 9999-000 | 12,858.69 | | 12,858.69 |
| 02/29/12 | 003001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 10.30 | 12,848.39 |

**Total Of All Accounts    12,848.39**

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 06, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 08-25513 | | | Claim Class Sequence | | | |
| Debtor Name: SOUAID, ELIAS | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006<br>001<br>3110-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $322.50 | $0.00 | $322.50 |
| 000007<br>001<br>3120-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $2.12 | $0.00 | $2.12 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $31.08 | $31.08 | $0.00 |
| 000001<br>070<br>7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $8,569.42 | $0.00 | $8,569.42 |
| 000002<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $7,704.44 | $0.00 | $7,704.44 |
| 000003<br>070<br>7100-00 | CHASE BANK USA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $15,091.42 | $0.00 | $15,091.42 |
| 000004<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $7,516.63 | $0.00 | $7,516.63 |
| 000005<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $5,535.58 | $0.00 | $5,535.58 |
| | Case Totals: | | | $44,773.19 | $31.08 | $44,742.11 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-25513
Case Name: SOUAID, ELIAS
Trustee Name: R. SCOTT ALSTERDA, TRUSTEE

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ | $ | $ |
| 000002 | Chase Bank USA NA | $ | $ | $ |
| 000003 | CHASE BANK USA | $ | $ | $ |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000005 | American Express Centurion Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

Remaining Balance                                               $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE