UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SOUAID, ELIAS | § | Case No. 08-25513 ERW |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   KENNETH S. GARDNER
   CLERK OF THE COURT
   219 South Dearborn Street
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/25/2012 in Courtroom 744,
   United States Courthouse
   219 South Dearborn Street
   Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SOUAID, ELIAS | § | Case No. 08-25513 ERW |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,879.47 |
| and approved disbursements of | $ | 31.08 |
| leaving a balance on hand of[1] | $ | 12,848.39 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 2,037.95 | $ 0.00 | $ 2,037.95 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 322.50 | $ 0.00 | $ 322.50 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 2.12 | $ 0.00 | $ 2.12 |
| Other: International Sureties, Ltd. | $ 31.08 | $ 31.08 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,362.57 |
| Remaining Balance | $ | 10,485.82 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,417.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 8,569.42 | $ 0.00 | $ 2,023.02 |
| 000002 | Chase Bank USA NA | $ 7,704.44 | $ 0.00 | $ 1,818.82 |
| 000003 | CHASE BANK USA | $ 15,091.42 | $ 0.00 | $ 3,562.69 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 7,516.63 | $ 0.00 | $ 1,774.48 |
| 000005 | American Express Centurion Bank | $ 5,535.58 | $ 0.00 | $ 1,306.81 |
| | Total to be paid to timely general unsecured creditors | | $ | 10,485.82 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 08-25513-ERW
Elias Souaid                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vwalker            Page 1 of 3            Date Rcvd: Aug 17, 2012
                              Form ID: pdf006          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2012.
```
db          +Elias Souaid,    2055 W. Lunt, Apt. 304,    Chicago, IL 60645-3577
12642822     American Express,    PO Box 981535,    El Paso, TX 79998-1535
14124669     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12642823    +American Home Mortgage,    PO Box 660029,    Dallas, TX 75266-0029
12642824    +American Home Mortgage Sev.,    c/o Codilis & Assoc.,    15W030 N. Frontage Rd., Suite 100,
              Willowbrook, IL 60527-6921
12642825    +Aurora Loan Services LLC,    c/o Pierce & Assoc.,    1 N. Dearborn, Suite 1300,
              Chicago, IL 60602-4321
12642826    +Brian and Debbie Mead,    1345 Naget Ct.,    West Chicago, IL 60185
14071391    +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
12642846   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court:  Washington Mutual,     Card Services,    PO Box 660509,
              Dallas, TX 75266-0509)
12642827    +Carmax Auto Finance,    PO Box 3174,    Milwaukee, WI 53201-3174
12642828     Chase,   Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
14071160     Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12642829     CitiMortgage,    PO Box 5999,    The Lakes, NV 89163-6000
12642832    +CitiMortgage, Inc.,    c/o Hauselman, Rappin & Olswang,    39 S. LaSalle Street,
              Chicago, IL 60603-1603
12642831    +CitiMortgage, Inc.,    PO Box 183040,    Columbus, OH 43218-3040
12642833     Cook County Treasurer,    P.O. Box 4488,    Carol Stream, IL 60197-4488
12642835    +G.L.K. Realty, Inc.,    3141 W. Jarlath Street,    Chicago, IL 60645-1129
12642837    +HSBC,   1352 Charwood,    Hanover, MD 21076-3125
12642836    +Homecomings Financial,    PO Box 9001719,    Louisville, KY 40290-1719
12642838    +IndyMac Bank,    PO Box 4045,    Kalamazoo, MI 49003-4045
12642840    +Private Residences at Ontario Place,    Board of Directors c/o Kerry Walsh,
              2 N. LaSalle, Suite 1300,    Chicago, IL 60602-3709
12642841    +Robert & Robert Ryan,    12017 Flint Drive,    Homer Glen, IL 60491-7894
12642842     Robin Purdy,    10 E. Ontario St.,    Unit 4306,    Orland Park, IL 60467-5604
12642843     The Private Residences at Ontario,    Place Condominium Assc.,
              10 E. Ontario, 7th Fl, Mgmt. Office,    Chicago, IL 60611
12642844     United Mileage Plus,    Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
12642847    +WM Specialty Mortgage,    c/o Codilis & Assoc.,    15W030 N. Frontage Rd.,
              Burr Ridge, IL 60527-6921
12642845    +Washington Mutual,    Home Loans,    PO Box 3139,    Milwaukee, WI 53201-3139
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13996745      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 18 2012 02:50:42      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
12642834      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 18 2012 02:50:42      Discover,   PO Box 15192,
               Wilmington, DE 19850-5192
14083263     +E-mail/Text: resurgentbknotifications@resurgent.com Aug 18 2012 00:47:27
               PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 3
```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
12642830     ##+CitiMortgage, Inc.,    PO Box 9438,    Gaithersburg, MD 20898-9438
12642839     ##+Paul Vargas,    10 E. Ontario St.,    Unit 3108,    Chicago, IL 60611-4789
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: vwalker              Page 2 of 3              Date Rcvd: Aug 17, 2012
                              Form ID: pdf006            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2012**                              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: vwalker              Page 3 of 3              Date Rcvd: Aug 17, 2012
                              Form ID: pdf006            Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2012 at the address(es) listed below:

        Patrick F Ross    on behalf of Trustee R Alsterda pfross@uhlaw.com, kburde@uhlaw.com;rjanczak@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfeibus@uhlaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Peter C Bastianen    on behalf of Creditor   American Home Mortgage Servicing, Inc. ND-Four@il.cslegal.com
        R Scott Alsterda    on behalf of Trustee R Alsterda rsalsterda@uhlaw.com
        R Scott Alsterda    rsalsterda@uhlaw.com,   ralsterda@ecf.epiqsystems.com
        Robert R Benjamin    on behalf of Debtor Elias Souaid rrbenjamin@golanchristie.com, lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;aprior@golanchristie.com
        Yanick  Polycarpe    on behalf of Creditor   Aurora Loan Services, LLC ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com

        TOTAL: 7