UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
SOUAID, ELIAS § Case No. 08-25513
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)   This case was originally filed under chapter   on                .  The case was pending for    months.

5)   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Home Mortgage PO Box 660029 Dallas, TX 75266 |  |  |  |  |  |
|  | Carmax Auto Finance PO Box 3174 Milwaukee, WI 53201 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiMortgage, Inc. PO Box 183040 Columbus, OH 43218 | | | | | |
| | CitiMortgage, Inc. PO Box 9438 Gaithersburg, MD 20898 | | | | | |
| | HSBC 1352 Charwood Hanover, MD 21076 | | | | | |
| | Homecomings Financial PO Box 9001719 Louisville, KY 40290 | | | | | |
| | IndyMac Bank PO Box 4045 Kalamazoo, MI 49003 | | | | | |
| | Private Residences at Ontario Place Board of Directors c/o Kerry Walsh 2 N. LaSalle, Suite 1300 Chicago, IL 60602 | | | | | |
| | Washington Mutual Home Loans PO Box 3139 Milwaukee, WI 53201 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer P.O. Box 4488 Carol Stream, IL 60197-4488 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Cook County Treasurer P.O. Box 4488 Carol Stream, IL 60197-4488 |  |  |  |  |  |
|  | Cook County Treasurer P.O. Box 4488 Carol Stream, IL 60197-4488 |  |  |  |  |  |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Express PO Box 981535 El Paso, TX 79998-1535 |  |  |  |  |  |
|  | Brian and Debbie Mead 1345 Naget Ct. West Chicago, IL 60105 |  |  |  |  |  |
|  | Chase Cardmember Service PO Box 15298 Wilmington, DE 19850-5298 |  |  |  |  |  |
|  | CitiMortgage PO Box 5999 The Lakes, NV 89163-6000 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover PO Box 15192 Wilmington, DE 19850-5192 | | | | | |
| | G.L.K. Realty, Inc. 3141 W. Jarlath Street Chicago, IL 60645 | | | | | |
| | Robert & Robert Ryan 12017 Flint Drive Homer Glen, IL 60491 | | | | | |
| | The Private Residences at Ontario Place Condominium Assc. 10 E. Ontario, 7th Fl, Mgmt. Office Chicago, IL 60611 | | | | | |
| | United Mileage Plus Cardmember Service PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Washington Mutual Card Services PO Box 660509 Dallas, TX 75266-0509 | | | | | |
| 000005 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | CHASE BANK USA | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CHASE BANK USA NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-25513 ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SOUAID, ELIAS | | Date Filed (f) or Converted (c): | 09/25/08 (f) |
| | | | 341(a) Meeting Date: | 11/12/08 |
| For Period Ending: | 11/14/12 | | Claims Bar Date: | 08/31/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDOMINIUM 2055 W. LUNT, APT. #304 CHICAGO, IL 60 | 140,500.00 | 0.00 | | 0.00 | FA |
| 2. CONDOMINIUM 10 E. ONTARIO UNIT 3203, WITH GARAGE P | 259,900.00 | 0.00 | | 0.00 | FA |
| 3. CONDOMINIUM 10 E. ONTARIO UNIT 3108 CHICAGO, IL 31 | 225,200.00 | 0.00 | | 0.00 | FA |
| 4. CONDOMINIUM 10 E. ONTARIO UNIT 4306 CHICAGO, IL 60 | 375,000.00 | 0.00 | | 0.00 | FA |
| 5. CHASE CHECKING | 300.00 | 0.00 | | 0.00 | FA |
| 6. CITIBANK CHECKING | 160.00 | 0.00 | | 0.00 | FA |
| 7. SAVINGS | 110.00 | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS AND FURNISHINGS IN LUNT | 3,500.00 | 0.00 | | 0.00 | FA |
| 9. 3 REFRIDGERATORS, 3 STOVES, ONTARIO CONDOS | 1,800.00 | 0.00 | | 0.00 | FA |
| 10. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 11. HARRIS INVESTOR SERVICES, INC., IRA FBO ELIAS Y. S | 4,097.00 | 0.00 | | 0.00 | FA |
| 12. ILLINOIS LICENSED COSMETOLOGIST | 1.00 | 0.00 | | 0.00 | FA |
| 13. 2006 CHRYSLER PACIFICA | 14,000.00 | 0.00 | | 0.00 | FA |
| 14. HAIRSTYLING EQUIPMENT AND SUPPLIES | 750.00 | 0.00 | | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.47 | Unknown |
| 16. RENTAL PROPERTY (u) Ontario Place Condo Ten East Ontario Street Chicago, IL 60611 | 0.00 | 4,870.00 | | 4,870.00 | FA |
| 17. TAX ESCROW (u) | 0.00 | 8,000.00 | | 8,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,025,618.00 | $12,870.00 | | $12,879.47 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 12/31/09   Current Projected Date of Final Report (TFR): 08/15/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 08-25513 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | SOUAID, ELIAS | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9685 Checking Account |
| Taxpayer ID No: | *******5520 | | |
| For Period Ending: | 11/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 12,848.39 | | 12,848.39 |
| 09/26/12 | 030001 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL  60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 2,037.95 | 10,810.44 |
| 09/26/12 | 030002 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim 000006, Payment 100.00000% | 3110-000 | | 322.50 | 10,487.94 |
| 09/26/12 | 030003 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim 000007, Payment 100.00000% | 3120-000 | | 2.12 | 10,485.82 |
| 09/26/12 | 030004 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000001, Payment 23.60743% | 7100-000 | | 2,023.02 | 8,462.80 |
| 09/26/12 | 030005 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 23.60743% | 7100-000 | | 1,818.82 | 6,643.98 |
| 09/26/12 | 030006 | CHASE BANK USA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Claim 000003, Payment 23.60739% | 7100-000 | | 3,562.69 | 3,081.29 |
| 09/26/12 | 030007 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 23.60739% | 7100-000 | | 1,774.48 | 1,306.81 |
| 09/26/12 | 030008 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000005, Payment 23.60746% | 7100-000 | | 1,306.81 | 0.00 |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-25513 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | SOUAID, ELIAS | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5294 BofA - Money Market Account |
| Taxpayer ID No: | *******5520 | | |
| For Period Ending: | 11/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/11/08 | 16 | R. C. Purdy<br>10 E. Ontario Street<br>Unit 4306<br>Chicago, IL 60611 | RENT | 1222-000 | 2,256.00 | | 2,256.00 |
| 11/11/08 | 17 | Elias Souaid<br>Citibank, N.A.<br>One Penn's Way<br>New Castle, DE 19720 | TAX ESCROW | 1290-000 | 8,000.00 | | 10,256.00 |
| 11/11/08 | 16 | Paul Vargas<br>10 E. Ontario Street<br>United 3108<br>Chicago, IL 60611 | RENT | 1222-000 | 1,589.00 | | 11,845.00 |
| 11/11/08 | 16 | Ontario Place Condo Assn.<br>Operating account<br>1212 N. LaSalle Street<br>Suite 100<br>Chicago, IL 60610 | RENT | 1222-000 | 205.00 | | 12,050.00 |
| 11/11/08 | 16 | Ontario Place Condo Assn.<br>Operating account<br>1212 N. LaSalle Street<br>Suite 100<br>Chicago, IL 60610 | RENT | 1222-000 | 205.00 | | 12,255.00 |
| 11/28/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1122-000 | 0.47 | | 12,255.47 |
| 12/31/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.62 | | 12,256.09 |
| 01/19/09 | 16 | Ontario Place Condo<br>Ten East Ontario Street<br>Chicago, IL 60611 | RENT - Dec. park rent unit M901 | 1222-000 | 205.00 | | 12,461.09 |
| 01/19/09 | 16 | Ontario Place Condo<br>Ten East Ontario Street<br>Chicago, IL 60611 | RENT - Jan. park rent unit M901 | 1222-000 | 205.00 | | 12,666.09 |
| 01/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.10 | | 12,666.19 |
| 02/17/09 | 16 | Ontario Place Condo<br>Ten East Ontario Street<br>Chicago, IL 60611 | RENT - Feb 2009 parking unit M901 | 1222-000 | 205.00 | | 12,871.19 |
| 02/27/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.10 | | 12,871.29 |
| 03/31/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1122-000 | 0.11 | | 12,871.40 |
| 04/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.28 | | 12,871.68 |
| 05/29/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,872.01 |
| 06/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.32 | | 12,872.33 |
| 07/31/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,872.66 |
| 08/31/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,872.99 |
| 09/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.32 | | 12,873.31 |
| 10/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,873.64 |
| 11/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.32 | | 12,873.96 |
| 12/31/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,874.29 |
| 01/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1122-000 | 0.33 | | 12,874.62 |
| 02/04/10 | 000301 | International Sureties, Ltd. | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 10.48 | 12,864.14 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 08-25513 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | SOUAID, ELIAS | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******5294  BofA - Money Market Account |
| Taxpayer ID No: | *******5520 |  |  |
| For Period Ending: | 11/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1122-000 | 0.30 | | 12,864.44 |
| 03/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1122-000 | 0.33 | | 12,864.77 |
| 04/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1122-000 | 0.32 | | 12,865.09 |
| 05/28/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1122-000 | 0.33 | | 12,865.42 |
| 06/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1122-000 | 0.32 | | 12,865.74 |
| 07/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1122-000 | 0.33 | | 12,866.07 |
| 08/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1122-000 | 0.33 | | 12,866.40 |
| 09/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1122-000 | 0.32 | | 12,866.72 |
| 10/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1122-000 | 0.33 | | 12,867.05 |
| 11/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1122-000 | 0.32 | | 12,867.37 |
| 12/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1122-000 | 0.33 | | 12,867.70 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1122-000 | 0.33 | | 12,868.03 |
| 02/07/11 | 000302 | International Sureties, Ltd. | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 10.30 | 12,857.73 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1122-000 | 0.10 | | 12,857.83 |
| 03/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1122-000 | 0.11 | | 12,857.94 |
| 04/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1122-000 | 0.10 | | 12,858.04 |
| 05/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1122-000 | 0.11 | | 12,858.15 |
| 06/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1122-000 | 0.11 | | 12,858.26 |
| 07/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1122-000 | 0.10 | | 12,858.36 |
| 08/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1122-000 | 0.12 | | 12,858.48 |
| 09/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1122-000 | 0.11 | | 12,858.59 |
| 10/31/11 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1122-000 | 0.10 | | 12,858.69 |
| 10/31/11 | | Transfer to Acct #*******5671 | Final Posting Transfer | 9999-000 | | 12,858.69 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 08-25513 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | SOUAID, ELIAS | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5671  BofA - Checking Account |
| Taxpayer ID No: | *******5520 | | |
| For Period Ending: | 11/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/11 | | Transfer from Acct #*******5294 | Transfer In From MMA Account | 9999-000 | 12,858.69 | | 12,858.69 |
| 02/29/12 | 003001 | International Sureties, Ltd. | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 10.30 | 12,848.39 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 12,848.39 | 0.00 |

**Total Of All Accounts**   0.00